IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-083-KDB-DCK

| | |
|---|---|
| NOBLE BOTTLING, LLC, and RAYCAP ASSET HOLDINGS LTD., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) **ORDER** |
| REINHART HOLDINGS, LLC, et al., | ) ) |
| Defendants. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 25) filed by David M. Wilkerson, concerning David P. Beitchman, on July 22, 2022. David P. Beitchman seeks to appear as counsel *pro hac vice* for Defendant Nasar Aboubakare. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 25) is **GRANTED**. David P. Beitchman is hereby admitted *pro hac vice* to represent Defendant Nasar Aboubakare.

**SO ORDERED**.

Signed: July 22, 2022

David C. Keesler
United States Magistrate Judge